# EXHIBIT H

**Park Cities Invoice**

 

**Randall Reed's PARK CITIES Ford Lincoln**

3333 INWOOD ROAD
DALLAS, TEXAS 75235
PHONE (214) 358-8801
MAIN SWITCHBOARD (214) 358-8800
WATS 1-800-856-3673

INTERNATIONAL BENDIX
MERITOR LEECE-NEVILLE

CELL 972-815-3432

| CUST. NO. | TAX EXEMPT NUMBER | CUST. P.O. NO. | SHIP VIA | PAY | SOLD BY | INVOICE DATE | INVOICE NO |
|---|---|---|---|---|---|---|---|
| 898314 | 32034372089 | | | CASH | VICTOR M OROZCO | 09/13/10 | 719019 FOW W |

BILL TO / SHIP TO
972-986-9824
GIG SERVICES
PO BOX 153487
IRVING, TX 75015-3487

| SHIP QTY | B.O. QTY | PART NUMBER / DESCRIPTION | BIN | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| | | | | | SUBTOTAL | |

The parties agree that prior to instituting any suit in a court of law, that the parties will mediate any dispute involving the purchase of this vehicle pursuant to Chapter 154 of the Texas Civil Practices and Remedies Code and should such mediation be unsuccessful the parties then agree to binding arbitration under AAA Consumer-Related Disputes Rules.

Las partes acuerdan que previo a entablar cualquier demanda en una corte de ley, que las partes mediarán cualquier disputa concerniente a la compra de este vehículo conforme el Capítulo 154 del Código de Prácticas y Remedios Civiles de Texas y en caso que tal mediación resulte en fracaso las partes entonces aceptarán el arbitraje vinculante bajo las Reglas de Disputas Relacionada al Consumidor de AAA.

*The Factory Warranty Constitutes All Of The Warranties With Respect To The Sale Of This Item/Items. The Seller Hereby Expressly Disclaims All Warranties, Either Express Or Implied, Including Any Implied Warranty Of Merchantability Or Fitness For A Particular Purpose, And The Seller Neither Assumes Nor Authorizes Any Other Person To Assume For It Any Liability In Connection With The Sale Of This Item/Items.*
This Account Payable in Dallas, Dallas County, Texas.
ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS BILL. NO REFUNDS AFTER 30 DAYS
15% Handling charge on returned parts.
Special order parts & Electrical parts not returnable.

PAY THIS AMOUNT

**ACCOUNTING COPY**

**PARTS INVOICE**     X _____
CUSTOMER SIGNATURE

** DUPLICATE **
09:24:10 PAGE 1 OF 7
NET564

---

**PARTS INVOICE**

CELL 972-515-3432

| CUST. NO. | TAX EXEMPT NUMBER | CUST. P.O. NO. | SHIP VIA | PAY | SOLD BY | INVOICE DATE | INVOICE NO |
|---|---|---|---|---|---|---|---|
| 898314 | 32034372089 | | | CASH | VICTOR M OROZCO | 09/13/10 | 719019 FOW W |

BILL TO / SHIP TO
972-986-9824
GIG SERVICES
PO BOX 153487
IRVING, TX 75015-3487

| SHIP QTY | B.O. QTY | PART NUMBER / DESCRIPTION | BIN | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | PCF 0248  KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| | | | | | SUBTOTAL | |

**NO REFUNDS ON ELECTRICAL OR SPECIAL ORDER PARTS**

*The Factory Warranty Constitutes All Of The Warranties With Respect To The Sale Of This Item/Items. The Seller Hereby Expressly Disclaims All Warranties, Either Express Or Implied, Including Any Implied Warranty Of Merchantability Or Fitness For A Particular Purpose, And The Seller Neither Assumes Nor Authorizes Any Other Person To Assume For It Any Liability In Connection With The Sale Of This Item/Items.*
This Account Payable in Dallas, Dallas County, Texas.
ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS BILL. NO REFUNDS AFTER 30 DAYS
15% Handling charge on returned parts.
Special order parts & Electrical parts not returnable.

PAY THIS AMOUNT

DATA SOURCE, INC 1-888-445-7890

**CUSTOMER COPY**

 

3333 INWOOD ROAD
DALLAS, TEXAS 75235
PHONE (214) 358-8801
MAIN SWITCHBOARD (214) 358-8800
WATS 1-800-856-3673

INTERNATIONAL BENDIX
MERITOR LEECE-NEVILLE

** DUPLICATE **
09:24:10 PAGE 1 OF 7
NET564



**3333 INWOOD ROAD**
**DALLAS, TEXAS 75235**
**PHONE (214) 358-8801**
MAIN SWITCHBOARD (214) 358-8800
WATS 1-800-856-3673

INTERNATIONAL BENDIX
MERITOR LEECE-NEVILLE

| CUST NO. | TAX EXEMPT NUMBER | CUST. P.O. NO. | SHIP VIA | PAY | SOLD BY | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|---|
| 898314 | 32034372089 | | | CASH | VICTOR M OROZCO | 09/13/10 | 719019 |
| | 972-986-9824 | | | | | | FOW W |

BILL TO:
GIG SERVICES
PO BOX 153487
IRVING, TX 75015-3487

| SHIP QTY | B.O. QTY | PART NUMBER / DESCRIPTION | BIN | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 0 | KEY-CODES | X | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | X | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | X | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | X | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | X | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | X | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | X | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | X | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | X | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | X | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | X | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | X | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | X | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | X | 19.85 | SUBTOTAL | 5.00 |

The parties agree that prior to instituting any suit in a court of law, that the parties will mediate any dispute involving the purchase of this vehicle pursuant to Chapter 154 of the Texas Civil Practices and Remedies Code and should such mediation be unsuccessful the parties then agree to binding arbitration under AAA Consumer-Related Disputes Rules.

Las partes acuerdan que previo a entablar cualquier demanda en una corte de ley, que las partes mediarán cualquier disputa concerniente a la compra de este vehículo conforme al Capítulo 154 del Código de Prácticas y Remedios Civiles de Texas y en caso que tal mediación resulte un fracaso las partes entonces aceptarán el arbitraje vinculante bajo las Reglas de Disputas Relacionada al Consumidor de AAA.

"The Factory Warranty Constitutes All Of The Warranties With Respect To The Sale Of This Item/Items. The Seller Hereby Expressly Disclaims All Warranties, Either Express Or Implied, Including Any Implied Warranty Of Merchantability Or Fitness For A Particular Purpose, And The Seller Neither Assumes Nor Authorizes Any Other Person To Assume For It Any Liability In Connection With the Sale Of This Item/Items."
This Account Payable In Dallas, Dallas County, Texas
ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS BILL. NO REFUNDS AFTER 30 DAYS
15% Handling charge on returned parts.
Special order parts & Electrical parts not returnable.

PAY THIS AMOUNT

**ACCOUNTING COPY**

**PARTS INVOICE**    X
CUSTOMER SIGNATURE

** DUPLICATE **
09:24:10 PAGE 2 OF 7
NET564

---

**PARTS INVOICE**

| CUST. NO. | TAX EXEMPT NUMBER | CUST. P.O. NO. | SHIP VIA | PAY | SOLD BY | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|---|
| 898314 | 32034372089 | | | CASH | VICTOR M OROZCO | 09/13/10 | 719019 |
| | 972-986-9824 | | | | | | FOW W |

BILL TO:
GIG SERVICES
PO BOX 153487
IRVING, TX 75015-3487

| SHIP QTY | B.O. QTY | PART NUMBER / DESCRIPTION | BIN | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 0 | KEY-CODES | X | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | X | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | X | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | X | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | X | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | X | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | X | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | X | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | X | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | X | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | X | 19.85 | SUBTOTAL | 5.00 |

PCF 0249

**NO REFUNDS ON ELECTRICAL OR SPECIAL ORDER PARTS**

"The Factory Warranty Constitutes All Of The Warranties With Respect To The Sale Of This Item/Items. The Seller Hereby Expressly Disclaims All Warranties, Either Express Or Implied, Including Any Implied Warranty Of Merchantability Or Fitness For A Particular Purpose, And The Seller Neither Assumes Nor Authorizes Any Other Person To Assume For It Any Liability In Connection With the Sale Of This Item/Items."
This Account Payable In Dallas, Dallas County, Texas
ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS BILL. NO REFUNDS AFTER 30 DAYS
15% Handling charge on returned parts.
Special order parts & Electrical parts not returnable.

PAY THIS AMOUNT

DATA SOURCE, INC 1-888-445-7690

**CUSTOMER COPY**



**3333 INWOOD ROAD**
**DALLAS, TEXAS 75235**
**PHONE (214) 358-8801**
MAIN SWITCHBOARD (214) 358-8800
WATS 1-800-856-3673

** DUPLICATE **
09:24:10 PAGE 2 OF 7
NET564

INTERNATIONAL BENDIX
MERITOR LEECE-NEVILLE




3333 INWOOD ROAD
DALLAS, TEXAS 75235
PHONE (214) 358-8801
MAIN SWITCHBOARD (214) 358-8800
WATS 1-800-856-3673

INTERNATIONAL   BENDIX
MERITOR   LEECE-NEVILLE

| CUST. NO. | TAX EXEMPT NUMBER | CUST. P.O. NO. | SHIP VIA | PAY | SOLD BY | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|---|
| 898314 | 32034372089 | | | CASH | VICTOR M OROZCO | 09/13/10 | 719019 FOW W |

B
I
L
L
T
O

972-986-9824

GIG SERVICES
PO BOX 153487
IRVING, TX  75015-3487

S
H
I
P
T
O

| SHIP QTY | B.O QTY | PART NUMBER / DESCRIPTION | BIN | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 0 | KEY-CODES |  | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | SUBTOTAL | 5.00 |

The parties agree that prior to instituting any suit in a court of law, that the parties will mediate any dispute involving the purchase of this vehicle pursuant to Chapter 154 of the Texas Civil Practices and Remedies Code and should such mediation be unsuccessful the parties then agree to binding arbitration under AAA Consumer-Related Disputes Rules.

Las partes acuerdan que previo a entablar cualquier demanda en una corte de ley, que las partes mediarán cualquier disputa concerniente a la compra de este vehículo conforme al Capítulo 154 del Código de Prácticas y Remedios Civiles de Texas y en caso que tal mediación resulte en fracaso las partes entonces aceptarán el arbitraje vinculante bajo las Reglas de Disputas Relacionada al Consumidor de AAA.

*The Factory Warranty Constitutes All Of The Warranties With Respect To The Sale Of This Item/Items. The Seller Hereby Expressly Disclaims All Warranties, Either Express Or Implied, Including Any Implied Warranty Of Merchantability Or Fitness For A Particular Purpose, And The Seller Neither Assumes Nor Authorizes Any Other Person To Assume For It Any Liability In Connection With The Sale Of This Item/Items.* This Account Payable In Dallas, Dallas County, Texas
ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS BILL. NO REFUNDS AFTER 30 DAYS
16% Handling charge on returned parts.
Special order parts & Electrical parts not returnable.

PAY THIS AMOUNT

ACCOUNTING COPY

PARTS INVOICE   X  _____
CUSTOMER SIGNATURE

** DUPLICATE **
09:24:10 PAGE 3 OF 7
NET564

---

PARTS INVOICE

| CUST. NO. | TAX EXEMPT NUMBER | SHIP VIA | PAY | SOLD BY | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| 898314 | 32034372089 | | CASH | VICTOR M OROZCO | 09/13/10 | 719019 FOW W |

B
I
L
L
T
O

972-986-9824

GIG SERVICES
PO BOX 153487
IRVING, TX  75015-3487

S
H
I
P
T
O

| SHIP QTY | B.O. QTY | PART NUMBER / DESCRIPTION | BIN | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | PCF 0250 | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | SUBTOTAL | 5.00 |

NO REFUNDS ON ELECTRICAL OR SPECIAL ORDER PARTS

*The Factory Warranty Constitutes All Of The Warranties With Respect To The Sale Of This Item/Items. The Seller Hereby Expressly Disclaims All Warranties, Either Express Or Implied, Including Any Implied Warranty Of Merchantability Or Fitness For A Particular Purpose, And The Seller Neither Assumes Nor Authorizes Any Other Person To Assume For It Any Liability In Connection With The Sale Of This Item/Items.* This Account Payable In Dallas, Dallas County, Texas
ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS BILL. NO REFUNDS AFTER 30 DAYS
15% Handling charge on returned parts.
Special order parts & Electrical parts not returnable.

PAY THIS AMOUNT

DATA SOURCE, INC  1-888-445-7690

CUSTOMER COPY




3333 INWOOD ROAD
DALLAS, TEXAS 75235
PHONE (214) 358-8801
MAIN SWITCHBOARD (214) 358-8800
WATS 1-800-856-3673

INTERNATIONAL   BENDIX
MERITOR   LEECE-NEVILLE

** DUPLICATE **
09:24:10 PAGE 3 OF 7
NET564



**Randall Reed's PARK CITIES** Ford | Lincoln

3333 INWOOD ROAD
DALLAS, TEXAS 75235
PHONE (214) 358-8801
MAIN SWITCHBOARD (214) 358-8800
WATS 1-800-856-3673

INTERNATIONAL   BENDIX
MERITOR   LEECE-NEVILLE

| CUST NO. | TAX EXEMPT NUMBER | CUST. P.O. NO. | SHIP VIA | PAY | SOLD BY | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|---|
| 898314 | 32034372089 | | | CASH | VICTOR M OROZCO | 09/13/10 | 719019 |

B I L L
T O
972-986-9824

GIG SERVICES
PO BOX 153487
IRVING, TX 75015-3487

S H I P
T O

| SHIP QTY | B.O. QTY | PART NUMBER / DESCRIPTION | BIN | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | SUBTOTAL | 5.00 |

The parties agree that prior to insti-
tuting any suit in a court of law, that
the parties will mediate any dispute
involving the purchase of this vehicle
pursuant to Chapter 154 of the Texas
Civil Practices and Remedies Code
and should such mediation be
unsuccessful the parties then agree
to binding arbitration under AAA
Consumer-Related Disputes Rules.

Las partes acuerdan que previo a
entablar cualquier demanda en una
corte de ley, que las partes mediarán
cualquier disputa concerniente a la
compra de este vehículo conforme
al Capítulo 154 del Código de Prác-
ticas y Remedios Civiles de Texas y
en caso que tal mediación resulte en
fracaso las partes entonces acep-
tarán el arbitraje irrevocable bajo las
Reglas de Disputas Relacionada al
Consumidor de AAA.

"The Factory Warranty Constitutes All Of The Warranties With Respect To The Sale Of This Item/Items. The Seller Hereby Expressly Disclaims All
Warranties, Either Express Or Implied, Including Any Implied Warranty Of Merchantability Or Fitness For A Particular Purpose, And The Seller Neither
Assumes Nor Authorizes Any Other Person To Assume For It Any Liability In Connection With The Sale Of This Item/Items."
This Account Payable in Dallas, Dallas County, Texas.
ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS BILL. NO REFUNDS AFTER 30 DAYS
15% Handling charge on returned parts.
Special order parts & Electrical parts not returnable.

PAY THIS AMOUNT

**ACCOUNTING COPY**

**PARTS INVOICE**   X   CUSTOMER SIGNATURE

** DUPLICATE **
09:24:10 PAGE 4 OF 7
NET564

**PARTS INVOICE**

---

| CUST NO. | TAX EXEMPT NUMBER | CUST. P.O. NO. | SHIP VIA | PAY | SOLD BY | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|---|
| 898314 | 32034372089 | | | CASH | VICTOR M OROZCO | 09/13/10 | 719019 |

B I L L
T O
972-986-9824

GIG SERVICES
PO BOX 153487
IRVING, TX 75015-3487

S H I P
T O

| SHIP QTY | B.O. QTY | PART NUMBER / DESCRIPTION | BIN | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | SUBTOTAL | 5.00 |

PCF 0251

NO REFUNDS ON ELECTRICAL OR SPECIAL ORDER PARTS

"The Factory Warranty Constitutes All Of The Warranties With Respect To The Sale Of This Item/Items. The Seller Hereby Expressly Disclaims All
Warranties, Either Express Or Implied, Including Any Implied Warranty Of Merchantability Or Fitness For A Particular Purpose, And The Seller Neither
Assumes Nor Authorizes Any Other Person To Assume For It Any Liability In Connection With The Sale Of This Item/Items."
This Account Payable in Dallas, Dallas County, Texas.
ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS BILL. NO REFUNDS AFTER 30 DAYS
15% Handling charge on returned parts.
Special order parts & Electrical parts not returnable.

PAY THIS AMOUNT

DATA SOURCE, INC 1-888-445-7890

**CUSTOMER COPY**



**Randall Reed's PARK CITIES** Ford | Lincoln

3333 INWOOD ROAD
DALLAS, TEXAS 75235
PHONE (214) 358-8801
MAIN SWITCHBOARD (214) 358-8800
WATS 1-800-856-3673

** DUPLICATE **
09:24:10 PAGE 4 OF 7
NET564

INTERNATIONAL   BENDIX
MERITOR   LEECE-NEVILLE



BlueOvalCertified Ford

**Randall Reed's PARK CITIES Ford LINCOLN**

3333 INWOOD ROAD
DALLAS, TEXAS 75235
PHONE (214) 358-8801

MAIN SWITCHBOARD (214) 358-8800
WATS 1-800-856-3673

INTERNATIONAL BENDIX
MERITOR LEECE-NEVILLE

CELL 070-915-2422

| CUST. NO. | TAX EXEMPT NUMBER | CUST. P.O. NO. | SHIP VIA | PAY | SOLD BY | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|---|
| 898314 | 32034372089 | | | CASH | VICTOR M OROZCO | 09/13/10 | 719019 FOW W |

B I T
L O
L

972-986-9824

GIG SERVICES
PO BOX 153487
IRVING, TX 75015-3487

S
H
I
P

| SHIP QTY | B.O. QTY | PART NUMBER / DESCRIPTION | BIN | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | X | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | X | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | X | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | X | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | X | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | X | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | X | 19.85 | SUBTOTAL | 5.00 |

The parties agree that prior to instituting any suit in a court of law, that the parties will mediate any dispute involving the purchase of this vehicle pursuant to Chapter 154 of the Texas Civil Practices and Remedies Code and should such mediation be unsuccessful the parties then agree to binding arbitration under AAA Consumer-Related Disputes Rules.

Las partes acuerdan que previo a entablar cualquier demanda en una corte de ley, que las partes mediarán cualquier disputa concerniente a la compra de este vehículo conforme el Capítulo 154 del Código de Prácticas y Remedios Civiles de Texas y en caso que tal mediación resulte en fracaso las partes entonces aceptarán el arbitraje vinculante bajo las Reglas de Disputas Relacionada al Consumidor de AAA.

*The Factory Warranty Constitutes All Of The Warranties With Respect To The Sale Of This Item/Items. The Seller Hereby Expressly Disclaims All Warranties, Either Express Or Implied, Including Any Implied Warranty Of Merchantability Or Fitness For A Particular Purpose, And The Seller Neither Assumes Nor Authorizes Any Other Person To Assume For It Any Liability In Connection With the Sale Of This Item/Items.
This Account Payable In Dallas, Dallas County, Texas
ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS BILL. NO REFUNDS AFTER 30 DAYS
15% Handling charge on returned parts.
Special order parts & Electrical parts not returnable.

PAY THIS AMOUNT

ACCOUNTING COPY



**PARTS INVOICE**    X    CUSTOMER SIGNATURE

** DUPLICATE **
09:24:10 PAGE 5 OF 7
NET564

CELL 070-915-2422

---

**PARTS INVOICE**

| CUST. NO. | TAX EXEMPT NUMBER | CUST. P.O. NO. | SHIP VIA | PAY | SOLD BY | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|---|
| 898314 | 32034372089 | | | CASH | VICTOR M OROZCO | 09/13/10 | 719019 FOW W |

B I T
L O
L

972-986-9824

GIG SERVICES
PO BOX 153487
IRVING, TX 75015-3487

S
H
I
P

| SHIP QTY | B.O. QTY | PART NUMBER / DESCRIPTION | BIN | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | 8X | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | 5X | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | 7X | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | X | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | 0X | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES PCF 0252 | 0X | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | 5X | 19.85 | SUBTOTAL | 5.00 |

NO REFUNDS ON ELECTRICAL OR SPECIAL ORDER PARTS

DATA SOURCE, INC 1-888-445-7890

*The Factory Warranty Constitutes All Of The Warranties With Respect To The Sale Of This Item/Items. The Seller Hereby Expressly Disclaims All Warranties, Either Express Or Implied, Including Any Implied Warranty Of Merchantability Or Fitness For A Particular Purpose, And The Seller Neither Assumes Nor Authorizes Any Other Person To Assume For It Any Liability In Connection With the Sale Of This Item/Items.
This Account Payable In Dallas, Dallas County, Texas
ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS BILL. NO REFUNDS AFTER 30 DAYS
15% Handling charge on returned parts.
Special order parts & Electrical parts not returnable.

PAY THIS AMOUNT

CUSTOMER COPY



BlueOvalCertified Ford



**Randall Reed's PARK CITIES Ford LINCOLN**

3333 INWOOD ROAD
DALLAS, TEXAS 75235
PHONE (214) 358-8801

MAIN SWITCHBOARD (214) 358-8800
WATS 1-800-856-3673

** DUPLICATE **
09:24:10 PAGE 5 OF 7
NET564

INTERNATIONAL BENDIX
MERITOR LEECE-NEVILLE

PARTS INVOICE

**Rendall Reed's PARK CITIES Ford Lincoln**

3333 INWOOD ROAD
DALLAS, TEXAS 75235
PHONE (214) 358-8801

MAIN SWITCHBOARD (214) 358-8800
WATS 1-800-856-3673

INTERNATIONAL BENDIX
MERITOR LEECE-NEVILLE

## Accounting Copy

| CUST. NO. | TAX EXEMPT NUMBER | CUST. P.O. NO. | SHIP VIA | PAY | SOLD BY | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|---|
| 898314 | 32034372089 | | | CASH | VICTOR M OROZCO | 09/13/10 | 719019 |

B I L L T O:
972-986-9824
GIG SERVICES
PO BOX 153487
IRVING, TX 75015-3487

SHIP TO: FOW

| SHIP QTY | B.O. QTY | PART NUMBER / DESCRIPTION | BIN | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| | | SHIPPED 0   SPECIAL ORDERED 1 | | | | |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | SUBTOTAL | 5.00 |

The parties agree that prior to instituting any suit in a court of law, that the parties will mediate any dispute involving the purchase of this vehicle pursuant to Chapter 154 of the Texas Civil Practices and Remedies Code and should such mediation be unsuccessful the parties then agree to binding arbitration under AAA Consumer-Related Disputes Rules.

Las partes acuerdan que previo a entablar cualquier demanda en una corte de ley, que las partes mediarán cualquier disputa concerniente a la compra de este vehículo conforme al Capítulo 154 del Código de Prácticas y Remedios Civiles de Texas y en caso que tal mediación resulte en fracaso las partes entonces aceptarán el arbitraje vinculante bajo las Reglas de Disputas Relacionada al Consumidor de AAA.

*The Factory Warranty Constitutes All Of The Warranties With Respect To The Sale Of This Item/Items. The Seller Hereby Expressly Disclaims All Warranties, Either Express Or Implied, Including Any Implied Warranty Of Merchantability Or Fitness For A Particular Purpose, And The Seller Neither Assumes Nor Authorizes Any Other Person To Assume For It Any Liability In Connection With the Sale Of This Item/Items.*
This Account Payable In Dallas, Dallas County, Texas
ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS BILL. NO REFUNDS AFTER 30 DAYS
15% Handling charge on returned parts.
Special order parts & Electrical parts not returnable.

PAY THIS AMOUNT



PARTS INVOICE    X    CUSTOMER SIGNATURE

---

PARTS INVOICE

| CUST. NO. | TAX EXEMPT NUMBER | CUST. P.O. NO. | SHIP VIA | PAY | SOLD BY | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|---|
| 898314 | 32034372089 | | | CASH | VICTOR M OROZCO | 09/13/10 | 719019 |

B I L L T O:
972-986-9824
GIG SERVICES
PO BOX 153487
IRVING, TX 75015-3487

SHIP TO: FOW

| SHIP QTY | B.O. QTY | PART NUMBER / DESCRIPTION | BIN | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| | | SHIPPED 0   SPECIAL ORDERED 1 | | | | |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES PCF 0253 | | 19.85 | SUBTOTAL | 5.00 |

**NO REFUNDS ON ELECTRICAL OR SPECIAL ORDER PARTS**

*The Factory Warranty Constitutes All Of The Warranties With Respect To The Sale Of This Item/Items. The Seller Hereby Expressly Disclaims All Warranties, Either Express Or Implied, Including Any Implied Warranty Of Merchantability Or Fitness For A Particular Purpose, And The Seller Neither Assumes Nor Authorizes Any Other Person To Assume For It Any Liability In Connection With the Sale Of This Item/Items.*
This Account Payable In Dallas, Dallas County, Texas
ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS BILL. NO REFUNDS AFTER 30 DAYS
15% Handling charge on returned parts.
Special order parts & Electrical parts not returnable.

PAY THIS AMOUNT

DATA SOURCE, INC. 1-888-445-7690

## Customer Copy





**Rendall Reed's PARK CITIES Ford Lincoln**

3333 INWOOD ROAD
DALLAS, TEXAS 75235
PHONE (214) 358-8801

MAIN SWITCHBOARD (214) 358-8800
WATS 1-800-856-3673

INTERNATIONAL BENDIX
MERITOR LEECE-NEVILLE



Randall Reed's
**PARK CITIES**
Ford | LINCOLN

3333 INWOOD ROAD
DALLAS, TEXAS 75235
PHONE (214) 358-8801
MAIN SWITCHBOARD (214) 358-8800
WATS 1-800-856-3673

INTERNATIONAL BENDIX
MERITOR LEECE-NEVILLE

BlueOval Certified
Ford

| CUST. NO. | TAX EXEMPT NUMBER | CUST. P.O. NO. | SHIP VIA | PAY | SOLD BY | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|---|
| 898314 | 32034372089 | | | CASH | VICTOR M OROZCO | 09/13/10 | 719019 FOW W |

B I L L T O
972-986-9824
GIG SERVICES
PO BOX 153487
IRVING, TX 75015-3487

S H I P T O

| SHIP QTY | B.O. QTY | PART NUMBER / DESCRIPTION | BIN | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 0 | KEY-CODES | < X | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | < X | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | < X | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | < X | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | < X | 19.85 | 5.00 | 5.00 |

The parties agree that prior to instituting any suit in a court of law, that the parties will mediate any dispute involving the purchase of this vehicle pursuant to Chapter 154 of the Texas Civil Practices and Remedies Code and should such mediation be unsuccessful the parties than agree to binding arbitration under AAA Consumer-Related Disputes Rules.

Las partes acuerdan que previo a entablar cualquier demanda en una corte de ley, que las partes mediarán cualquier disputa concerniente a la compra de este vehículo conforme al Capítulo 154 del Código de Prácticas y Remedios Civiles de Texas y en caso que tal mediación resulte en fracaso las partes entonces aceptarán: el arbitraje vinculante bajo las Reglas de Disputas Relacionada el Consumidor de AAA.

| | SUBTOTAL | 500.00 |
|---|---|---|
| | TAX | 0.00 |
| | FREIGHT | 0.00 |
| | PAY THIS AMOUNT | 500.00 |

"The Factory Warranty Constitutes All Of The Warranties With Respect To The Sale Of This Item/Items. The Seller Hereby Expressly Disclaims All Warranties, Either Express Or Implied, Including Any Implied Warranty Of Merchantability Or Fitness For A Particular Purpose, And The Seller Neither Assumes Nor Authorizes Any Other Person To Assume For It Any Liability In Connection With the Sale Of This Item/Items."
This Account Payable In Dallas, Dallas County, Texas
ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS BILL. NO REFUNDS AFTER 30 DAYS
15% Handling charge on returned parts.
Special order parts & Electrical parts not returnable.

**ACCOUNTING COPY**



**PARTS INVOICE**    X
CUSTOMER SIGNATURE

** DUPLICATE **
09:24:10 PAGE 7 OF 7
NET564

---

**PARTS INVOICE**

| CUST. NO. | TAX EXEMPT NUMBER | CUST. P.O. NO. | SHIP VIA | PAY | SOLD BY | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|---|
| 898314 | 32034372089 | | | CASH | VICTOR M OROZCO | 09/13/10 | 719019 FOW W |

B I L L T O
972-986-9824
GIG SERVICES
PO BOX 153487
IRVING, TX 75015-3487

S H I P T O

| SHIP QTY | B.O. QTY | PART NUMBER / DESCRIPTION | BIN | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 0 | KEY-CODES | < X | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | < X | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | < X | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | < X | 19.85 | 5.00 | 5.00 |
| 1 | 0 | KEY-CODES | < X | 19.85 | 5.00 | 5.00 |

PCF 0254

NO REFUNDS ON ELECTRICAL OR SPECIAL ORDER PARTS

| | SUBTOTAL | 500.00 |
|---|---|---|
| | TAX | 0.00 |
| | FREIGHT | 0.00 |
| | PAY THIS AMOUNT | 500.00 |

"The Factory Warranty Constitutes All Of The Warranties With Respect To The Sale Of This Item/Items. The Seller Hereby Expressly Disclaims All Warranties, Either Express Or Implied, Including Any Implied Warranty Of Merchantability Or Fitness For A Particular Purpose, And The Seller Neither Assumes Nor Authorizes Any Other Person To Assume For It Any Liability In Connection With the Sale Of This Item/Items."
This Account Payable In Dallas, Dallas County, Texas
ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS BILL. NO REFUNDS AFTER 30 DAYS
15% Handling charge on returned parts.
Special order parts & Electrical parts not returnable.

DATA SOURCE, INC 1-888-445-7890

**CUSTOMER COPY**

 
BlueOval Certified
Ford

Randall Reed's
**PARK CITIES**
Ford | LINCOLN

3333 INWOOD ROAD
DALLAS, TEXAS 75235
PHONE (214) 358-8801
MAIN SWITCHBOARD (214) 358-8800
WATS 1-800-856-3673

** DUPLICATE **
09:24:10 PAGE 7 OF 7
NET564

INTERNATIONAL BENDIX
MERITOR LEECE-NEVILLE

